IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| ANTHONY RAY FISHER, | CIVIL ACTION NO. 6:11-CV-00026 |
| *Plaintiff,* | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| *Defendant.* | JUDGE NORMAN K. MOON |

In accordance with the accompanying memorandum opinion, it is hereby ORDERED as follows: Plaintiff's objections (docket no. 27) are OVERRULED; the magistrate judge's Report and Recommendation (docket no. 26) is ADOPTED *in toto*; the Commissioner's motion for summary judgment (docket no. 22) is GRANTED; Plaintiff's motion for summary judgment (docket no. 18) is DENIED; and this action is DISMISSED and STRICKEN from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

It is so ORDERED.

Entered this \_\_22nd\_\_ day of March, 2013.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE